## PEOPLE EX REL SIGMAR COHN v. JUDGE OF SUPERIOR COURT OF DETROIT.

*Arrest—Bail in action on the case for fraud.*

Mandamus will not be granted to review the refusal of a circuit court to rescind an order holding a party to bail, where bail was properly demandable; *a fortiori* where special bail had been perfected.

Arrest lies in an action on the case for fraud.

MOTION for order to show cause why mandamus should not issue to compel the court to set aside an order to hold to bail after special bail had been perfected in an action on the case for fraud.  Submitted and denied January 14.

*F. A. Baker* for the motion.

PER CURIAM.   The cause of action was one coming

within the class of cases which may be commenced by *capias*, and where an arrest is therefore lawful. This being so, it was within the discretion of the court to determine whether relief should be granted against the order holding defendant to bail. A very strong case should be made for such relief after special bail has been perfected, but the whole matter rests with the court below.